# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)



FILED
U.S. District Court
District of Kansas

OCT 01 2019

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    Case No. 19-m-6165-01-KGG

GERSON RAMOS-MATAMOROS,

Defendant.

# CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

ILLEGAL ENTRY INTO THE UNITED STATES
[Title 8, U.S. C. 1326(a)]

On or about September 20, 2019, in the District of Kansas, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gerson Ramos-Matamoros, an alien, was found in the United States of America, at or near Belleville, in the District of Kansas, after having been previously denied admission,

excluded, deported, and removed from the United States, at or near Chandler, Arizona, on or about April 11, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto.

In violation of Title 8, United States Code, Sections 1326(a), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

I further state that I am a Deportation Officer with the U.S. Immigration and Customs Enforcement, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein, and offered in support of a finding that probable cause exists to believe the defendant, Gerson Ramos-Matamoros, committed the offense set forth in this Complaint.

_____
JASON E. COMAN
Deportation Officer
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this ___1st___ day of October, 2019, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that the defendant, Gerson Ramos-Matamoros, committed the offense set forth herein.

_____
Honorable Kenneth G. Gale
United States Magistrate Judge
District of Kansas

2

## STATEMENT OF PROBABLE CAUSE

I, Jason E. Coman, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Deportation Officer. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 20, 2019, Deportation Officer G. Perez encountered an individual near Belleville, in the District of Kansas. The officer identified himself as Deportation Officer and performed an immigration inspection on the individual. The subject, later identified as Gerson Ramos-Matamoros, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Ramos-Matamoros was transported to the Wichita, Kansas Immigration and Customs Enforcement, Enforcement and Removal Operations office for further processing.

3. Immigration history checks revealed Gerson Ramos-Matamoros to be a citizen and national of Honduras and a previously deported criminal alien. Ramos-Matamoros was removed from the United States to Honduras through Chandler, Arizona, on or about April 11, 2007, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Gerson Ramos-Matamoros in any Department of Homeland Security database to suggest that Ramos-Matamoros obtained permission from the Secretary of the Department of Homeland Security

to return to the United States after his removal. Gerson Ramos-Matamoros' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gerson Ramos-Matamoros was convicted of Controlled Substance Possession Schedule 2 – Over 1 Gram, a felony offense, in Adams County District Court, State of Colorado. On August 4, 2009, Ramos-Matamoros was sentenced to three (3) years incarceration. Ramos-Matamoros's criminal history was matched to him by electronic fingerprint comparison.

5. On September 20, 2019, Gerson Ramos-Matamoros was advised of his constitutional rights. Ramos-Matamoros stated that he understood his rights and agreed to provide a sworn statement without a lawyer present. Ramos-Matamoros stated his true and correct name is Gerson Omar Ramos-Matamoros. Ramos-Matamoros stated he has previously been ordered removed by an immigration judge and was subsequently removed from the United States. Ramos-Matamoros stated he illegally re-entered the United States without inspection by an immigration officer, approximately two years prior, somewhere near Laredo, Texas.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 20, 2019, Gerson Ramos-Matamoros, an alien, was found in the United States of America, at or near Belleville, in the District of Kansas, after having been previously denied admission, excluded, deported, and removed from the United States at or near Chandler, Arizona, on or about April 11, 2007, and not

having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(2) with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JASON E. COMAN
Deportation Officer
U.S. Immigration and Customs Enforcement

SUBSCRIBED TO AND SWORN before me this 1st day of October, 2019.

_____
HONORABLE KENNETH G. GALE
United States Magistrate Judge
District of Kansas